IN THE COURT OF THE DISTRICT OF NEW JERSEY

CASE NO.: 2:21-cv-17257-JMV-LDW

| | |
|---|---|
| ROBERT DOYLE, Individually, and all others similarly situated,<br><br>       Plaintiff,<br><br>   against<br><br>Y Z COMMERCE LLC, and CREDITFIX.COM,<br><br>       Defendants. | **DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint in the above-titled action, with prejudice, with regard to both Defendants.

Dated: December 1, 2021

Respectfully submitted,

Robert Doyle
26 Netcong Heights, #9
Netcong, NJ 07857
(646) 434-7539
Rdoyle235@Gmail.com

2021 DEC 10  A 11: 42
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

ROBERT DOYLE
ATTORNEY AT LAW
26 N. TCONG HEIGHTS, #9
NETCONG, NJ 07857

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 DEC 10 A 11:42

07102-359599

U.S. District Court
50 Walnut Street
Newark, NJ 07101
Attn: Civil Clerk's Office

DV DANIELS NJ 070
7 DEC 2021 PM 5 L

